**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| MARCOS SAUL ERAZO ARRIOLA, <br><br> Petitioner, <br><br> v. <br><br> ERNESTO SANTACRUZ, et al., <br><br> Respondents. | No. 5:26-cv-00691-SSS-BFM <br><br> **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. Respondent had no objections to the Report and Recommendation. (ECF 13.) The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;

2. Claim One in the Petition is **granted**;

3. Petitioner Erazo Arriola shall be released unless he is given a bond hearing, at which his detention is considered under § 1226, no later than **three (3) days from this Order**;

4.  If Petitioner has not been provided a bond hearing in compliance with this Order within three (3) days, Respondents are to release Petitioner forthwith, shall not impose any release restrictions, and shall submit a declaration of compliance with the Order within 24 hours of Petitioner's release; and

5.  Claims Two, Three, and Four in the Petition are **denied without prejudice**; and

5.  The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED:  March 25, 2026      _____

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

2