JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| MARCOS SAUL ERAZO ARRIOLA, <br><br> Petitioner, <br><br> v. <br><br> ERNESTO SANTACRUZ, et al., <br><br> Respondent. | No. 5:26-cv-00691-SSS-BFM <br><br> **JUDGMENT** |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted as to Claim One in the Petition. Petitioner Erazo Arriola shall be released within seven days of this judgment unless he is given a bond hearing, at which his detention is considered under § 1226. The Clerk of Court is directed to close this case.

DATED: March 25, 2026

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE